UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

===============================================

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                        Plaintiff,
and TRACY MILES,

                Plaintiff-Intervenor,


        v.                                          ORDER
                                                    03-CV-670


CONCRETE APPLIED CONSTRUCTION
TECHNOLOGIES CORP., d/b/a CATCO
CONSTRUCTION CO.

                        Defendant.

===============================================


        This case was referred to Magistrate Judge Leslie G. Foschio, pursuant to

28 U.S.C. § 636(b)(1), on December 18, 2003.  On October 22, 2004, defendant

filed a motion for motion for summary judgment.  On June 28, 2007, Magistrate

Judge Foschio filed a Report and Recommendation, recommending that

defendant's motion for summary judgment should be denied.

        Defendant filed objections to the Report and Recommendation on July 19,

2007 and plaintiffs filed a response thereto.  Oral argument on the objections was

held on August 27, 2007.

        Pursuant to 28 U.S.C. § 636(b)(1), this Court must make a de novo

determination of those portions of the Report and Recommendation to which

objections have been made.  Upon a <u>de novo</u> review of the Report and Recommendation, and after reviewing the submissions and hearing argument from the parties, the Court adopts the proposed findings of the Report and Recommendation.

Accordingly, for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, defendant's motion for summary judgment is denied.  The parties shall be present on  September 7, 2007 at 9:00 a.m. for a meeting to set a trial date.


SO ORDERED.

s/ *Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED:  August 29, 2007